**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MILTON ARMIJOS CALLE, | ) | |
| | ) | |
| Petitioner, | ) | No. 3:26-cv-01905 |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | |
| DAVID VENTURELLA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

Pending before the Court is Petitioner Milton Armijos Calle's Petition for Writ of Habeas Corpus (Doc. 1) (the "Petition"). Petitioner is an immigration detainee in the custody of the United States Department of Homeland Security, Immigration and Customs Enforcement, at the Moshannon Valley Processing Center in Philipsburg, Pennsylvania. Petitioner alleges an entry date into the United States between 2000 and 2003, and that Petitioner has continuously resided in the United States since then. Petitioner was placed into immigration detention on or around September 18, 2026. There is no indication that Petitioner has any criminal convictions.

The Petition asserts that Petitioner is subject to discretionary detention pursuant to 8 U.S.C. § 1226(a) and not mandatory detention under § 1225(b)(2). Respondents concede that the Court of Appeals for the Third Circuit's holding in Buele Morocho v. Warden Philadelphia FDC, 189 F.4th 287 (3d Cir. 2026), applies to the instant case, and that mandatory detention under Section 1225(b)(2)(A) does not apply to Petitioner. This Court likewise repeatedly has held that mandatory detention under Section 1225(b)(2)(A) applies only to noncitizens apprehended upon entry into the country or shortly thereafter. *See, e.g.*, Tejeda Perez v. Oddo, No. 3:26-cv-00745, Doc. 8 (W.D. Pa. May 28, 2026). For the reasons set forth in Buele

Morocho and Tejeda Perez, the Court finds that Petitioner is detained under Section 1226(a) and, therefore, is owed an individualized bond hearing before a neutral immigration judge.

**AND NOW**, **IT IS HEREBY ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED** to the extent that it requests a bond hearing in accordance with 8 U.S.C. § 1226(a) and all related provisions of law. Respondents are **ORDERED** to provide Petitioner with such a hearing, or release Petitioner, on or before October 30, 2026. The petition is **DENIED** to the extent it requests any additional relief without prejudice to renewal.

October 21, 2026

s/Cathy Bissoon
Cathy Bissoon
Chief United States District Judge

cc (via ECF email notification):
All Counsel of Record